[No. 24231-1-II. · Division Two. December 3, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARDO MEDINA ROSALES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-01989-1, James E. Rulli, J., entered January 5, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 42311-8-I. Division One. December 6, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. MADREONE LASHEA KINSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-08530-4, Michael S. Spearman, J., entered March 16, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 43868-9-I. Division One. December 6, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. IAN B. SCARLETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-06726-4, Anthony P. Wartnik, J., entered November 23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 39985-3-I. Division One. December 6, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL SHANE CLEARY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-02233-7, Laura Inveen, J., entered December 20, 1996. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Coleman, J.